**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated, | Civil Action No. 1:25-cv-7820 |
| Plaintiffs, | Hon. April M. Perry |
| v. | |
| Exotic Snack Guys, LLC | |
| Defendant. | |

## NOTICE OF PRESENTMENT OF THE MOTION FOR DEFAULT

**PLEASE TAKE NOTICE** that on February 26, 2026, at 10:00 AM, or as soon thereafter as counsel may be heard, Plaintiff Morgan Cole, by and through its counsel, Alison Chan, will move this Court before the Honorable April M. Perry, United States District Judge for the Northern District of Illinois, for an Order Granting Plaintiff's Motion for Entry of Default Against Defendant Exotic Snack Guys, LLC.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests that the Court hold the presentment hearing telephonically.

Dated: February 20, 2026

EQUAL ACCESS LAW GROUP, PLLC
Attorneys for Plaintiff

 /s/ **Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of February, 2026, I caused to be served the foregoing

*Notice of Presentment to Grant Plaintiff's Motion for Entry of Default Against Defendant Exotic*

*Snack Guys, LLC* on all counsel of record via the Court's CM/ECF system.


Dated: February 20, 2026                          <u>   /s/ Alison Chan   </u>
                                                                           Alison Chan, Esq.