**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Morgan Cole,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Exotic Snack Guys, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:25-cv-7820<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

THIS CAUSE coming to be heard for Plaintiff's Motion for Entry of Default Judgment, Plaintiff Morgan Cole, appearing by and through attorney Alison Chan of Equal Access Law Group, Defendant not appearing, the court being fully advised on the premises, **IT IS HEREBY ORDERED:**

I.　Plaintiff's Motion for Entry of Default Judgment is GRANTED.

II.　The Court declares that Defendant's website, https://www.exotic snackguys.com, violates Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182.

III.　Within one hundred eighty (180) days of the entry of this Order, Defendant shall implement the following corrective measures to ensure that its website is accessible to blind and visually impaired users who rely on screen-reading technology and keyboard navigation:

　　a.　Provide alt-text for all meaningful images;

　　b.　Correct form field labeling to enable accurate screen reader interaction;

　　c.　Add "skip to content" functionality;

1 of 2

d. Ensure all navigation menus and dropdowns are accessible via keyboard;

e. Ensure interactive elements are programmatically focusable and announced correctly;

f. Defendant shall adopt internal policies and training reasonably designed to prevent the reintroduction of accessibility barriers in future website updates.

IV. The Court retains jurisdiction to enforce the terms of this Order.

ENTERED: February 26, 2026

By: _____
April M. Perry
United States District Judge

2 of 2