ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS

**Morgan Cole**
Plaintiff(s),

v.                                              Case No.  **1:25-cv-07820**

**Exotic Snack Guys, LLC**                      Judge      April M. Perry
Defendant(s).

## <u>AMENDED JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☒   in favor of plaintiff(s)  **Morgan Cole**

and against defendant(s) **Exotic Snack Guys, LLC**
in the amount of  $0.00

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of defendant(s)
and against plaintiff(s)          .

Defendant(s) shall recover costs from plaintiff(s).

---

☒   other: Motion for Default Judgment <u>25</u> is granted in favor for Morgan Cole and against Exotic Snack Guys, LLC.  Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge April M. Perry on a motion

Date:  2/27/2026                         Thomas G. Bruton, Clerk of Court

                                          J. Capparelli , Deputy Clerk